U.S. DISTRICT COURT
FILED AT WHEELING, WV
NOV 2 7 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ERIE INSURANCE EXCHANGE,

  Plaintiff,

vs.           CIVIL ACTION NO. 3:06-CV-00133-JPB

OLIVER JOYNES, JR., DANIELLE
JOYNES, SYDNEY SMITH,
ANDERSON TRUCKING SERVICE,
INC., AND LOREN CROSBY,

  Defendants.

## ORDER

AND NOW, to wit, this 27th day of November, 2007, upon consideration of the Joint Motion for Extension of Discovery and Dispositive Motion Deadlines, filed on behalf of the parties, and good cause having been shown, it is hereby **ORDERED** that the discovery deadline shall be extended from November 30, 2007, to January 31, 2008; the dispositive motions deadline be extended from December 31, 2007, to February 29, 2008; the response to dispositive motions deadline be extended from January 28, 2008, to March 28, 2008; and the reply to dispositive motions deadline be extended from February 11, 2008, to April 11, 2008.

In addition, the status conference scheduled for February 19, 2008 at 1:30 p.m. is continued to April 25, 2008 at 10:00 am.

By the Court:

                _____
                Honorable John P. Bailey, Judge