# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ERIE INSURANCE EXCHANGE,

    Plaintiff,

vs.                                   Civil Action No. 3:06-CV-00133-JPB

OLIVER JOYNES, JR., DANIELLE JOYNES,
STDNEY SMITH, ANDERSON TRUCKING SERVICE,
INC. AND LOREN CORSBY,

    Defendants.

## ORDER

AND NOW, to wit, this __21st__ day of __February__, 2008, upon the consideration of the Second Joint Motion for Extension of Discovery and Dispositive Motion Deadlines, filed on behalf of the parties, and good cause having been shown, it is hereby **ORDERED** that the discovery deadline from February 29, 2008 to April 4, 2008; the dispositive motion deadline from February 29, 2008 to May 9, 2008; the response to dispositive motions deadline from March 28, 2008 to May 30, 2008; and the reply to dispositive motions deadline from April 11, 2008 to June 13, 2008.

In addition, the telephonic status conference scheduled for April 25, 2008 at 10:00 a.m is continued to __June 6__, 2008 at __9:30 a.m.__.

By the Court:

                                              Honorable John P. Bailey, Judge